1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LAUREN CUSICK, Bar #257570
   Assistant Federal Defender
3  Designated Counsel for Service
   CRISTINA PENA
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7

   Attorney for Defendant
8  DILLAN BIENEMAN

9

10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14  UNITED STATES OF AMERICA,      )  No. 2: 09-cr-00270 KJM
                                   )
15                 Plaintiff,      )
                                   )  STIPULATION AND ORDER
16       v.                        )
                                   )
17  DILLAN BIENEMAN,               )  Date:  July 19, 2010
                                   )  Time:  10:00 AM
18                 Defendant.      )  Judge: Hon. KIMBERLY J. MUELLER
                                   )
19  _____ )

20

21       It is hereby stipulated between the parties through their

22  respective counsel, Matthew C. Stegman, Assistant United States

23  Attorney, and Lauren Cusick, Assistant Federal Defender, attorney for

24  DILLAN BIENEMAN, that the Court vacate the jury trial set for July 19,

25  2010 at 10:00 AM.

26  //

27  //

28  //

1    We respectfully request that the Court set a change of plea

2 hearing for July 8, 2010 at 10:00 AM. There is no plea agreement but

3 parties agree that the matter be referred to the United States

4 Probation Office for a Pre-Sentence Report.

5

6

7 Dated: July 7, 2010

8                                    Respectfully submitted,

                                     DANIEL J. BRODERICK
9                                    Federal Defender

10                                   /s/ Lauren Cusick

11 _____
                                     LAUREN CUSICK
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     DILLAN BIENEMAN

13 Dated: July 7, 2010

14                                   BENJAMIN WAGNER
                                     United States Attorney

15                                   /s/ Matthew Stegman

16 _____
                                     MATTHEW STEGMAN
17                                   Assistant U.S. Attorney

18

19

20                          **O R D E R**

21     **IT IS SO ORDERED.**

22 DATED: July 7, 2010.

23

24

25 _____
   U.S. MAGISTRATE JUDGE

26

27

28